FILED _____ ENTERED
LOGGED _____ RECEIVED

MAY 2 8 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ATTACHMENT A – OGISI FACTUAL STIPULATION

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

Beginning in or about 2021, and continuing until at least in or about November 2023, in the District of Maryland and elsewhere, the defendant, Martin Ogisi ("Ogisi"), did knowingly and willfully conspire with Adanegbe Gift Osemwenkhae ("Gift"), Yahya Sowe, a/k/a "Cash," ("Sowe"), Faizou Gnora ("Gnora"), Fatoumata Boiro ("Boiro"), Kevin Colon ("Colon"), Lorena Perez Herrera ("Herrera"), and other persons known and unknown, to commit an offense against the United States, namely, to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, wire fraud, in violation of 18 U.S.C. § 1343, (1) with the intent to promote the carrying on of such specified unlawful activity; and (2) knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity; and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1956(a)(1)(B)(i).

### The Victims & Relevant Financial Institutions

The Butte-Silver Bow School District was located in Butte, Montana, and provided schooling for children from kindergarten to 12th grade. Victim Larimer County, Colorado was a northern county in Colorado with a population of approximately 350,000 people. The Victim Medical Center provided a wide range of healthcare to individuals in Ohio, through numerous facilities, including a hospital. Victim FL was a business that provided loans to small real estate developers, and it used a third party to service loans it extended.

The State of Michigan is one of the largest states in the United States, with the tenth largest population and the eleventh largest size by acreage. Victim Delaware River Bay Authority ("DRBA") was a quasi-governmental organization that manages transportation and other public services. Victim CCP was a recreation center in Colorado.

Bank of America, Capital One Bank, Citibank, PNC Bank, Wells Fargo, Truist, and TD Bank were financial institutions as defined in 18 U.S.C. § 20, and had physical branches, ATMs, teller windows, and employees within Maryland.

### How The Conspiracy Worked

It was part of the conspiracy that the Defendant and his co-conspirators created and used limited liability companies and other business entities (collectively "Shell Entities") that did not have significant physical operations, business premises, gross revenues, cost of goods sold, or

reported wages for employees. On or about September 21, 2020, Ogisi registered a Shell Entity called Smart Logistics LLC. Smart Logistics LLC did not have significant employees, office space, revenues, costs of goods sold, or business operations.

It was further part of the conspiracy that the Defendant and his co-conspirators opened and controlled bank accounts on which the Shell Entities were listed as the account holders, and members of the conspiracy had signature authority over the bank accounts. Ogisi's co-conspirators also used personal bank accounts in furtherance of the money laundering conspiracy. In furtherance of the money laundering conspiracy, Ogisi opened business bank accounts for Smart Logistics LLC at Bank of America, Citibank, PNC Bank, Wells Fargo, Truist, and TD Bank.

Members of the conspiracy, including Ogisi, often engaged in multiple financial transactions in quick succession. These financial transactions made it more difficult for the victims and law enforcement to recover the fraud proceeds. Ogisi engaged in these types of transactions with the intent to conceal the nature, source, and origin of the fraud funds and to promote the fraud.

In furtherance of Ogisi's participation in the money laundering conspiracy discussed above, Ogisi received fraudulent funds totaling at least $3.3 million into bank accounts that he controlled through his Shell Entity, Smart Logistics LLC. The money laundering was sophisticated for many reasons, including but not limited to the following: use of shell entities that had no significant legitimate business activity, three or more layers of laundering among multiple different persons and entities, and financial transactions that were disguised to appear legitimate. The funds received into the Smart Logistics LLC bank accounts were in the form of wires that were sent by victim entities that thought they were paying funds in connection with a legitimate business transaction. In reality, the victim entities had been deceived through a business email compromise scheme involving look-a-like email addresses into sending money to accounts controlled by Ogisi and his co-conspirators.

Additional details about some of the victims, co-conspirator communications, and financial transactions involved in Ogisi's offense may be found below. Ogisi was involved in additional aspects of the money laundering conspiracy that are not specifically described below.

**The Butte-Silver Bow School District**

In the spring of 2022, fraudsters induced the Butte-Silver Bow School District to wire more than $1.2 million in funds to a Capital One bank account ending in 6462 ("CO 6462"). Herrera controlled CO 6462. After the fraudulently obtained funds were credited to CO 6462, Herrera engaged in money laundering transactions in furtherance of the conspiracy. Among the transactions caused by Herrera was the transfer of $351,000 to FB Morgan LLC/Boiro, which was another Shell Entity controlled by a member of the conspiracy. From those funds, Smart Logistics LLC/Ogisi received cashier's checks in the amounts of $20,000 and $64,440, which were deposited into a PNC account ending in 3776 ("PNC 3776"). PNC 3776 was opened in the name of Smart Logistics LLC, and the only signatory on the account was Ogisi. Specifically, Ogisi made the deposits into PCN 3776 as follows:

- Ogisi deposited a cashier's check in the amount of $20,000 from FB Morgan to Smart Logistics into PNC 3776 on April 11, 2022. He then made three cash withdrawals in the amounts of $4,000, $8,000, and $3,000 on April 13, 2022, from various PNC bank branches in Maryland.

- On or about May 4, 2022, Ogisi deposited a second cashier's check in the amount of $64,440 from FB Morgan to Smart Logistics into PNC 3776. He then withdrew a total of $26,000 in cash in five transactions occurring on May 6, 10, and 11, 2022, and transferred a total of $30,000 via three checks all issued on May 6, 2022.

Ogisi stipulates that he engaged in these financial transactions with the intent to further the conspiracy.

**Larimer County Fraud**

In or about April 2022, Larimer County sought to pay a contracting company in connection with the repair of a portion of a county road. Individuals working with Gift deceived Larimer County into sending $721,567.93 to a PNC account ending in 9062 ("PNC 9062") based on false and fraudulent pretenses, including providing false bank account information to pay for the road repairs. Thereafter, $465,391.11 of fraud funds flowed from PNC 9062 to a Citibank account ending in 2947 ("Citi 2947"), which Boiro controlled through her Shell Entity, FB Morgan. Boiro then obtained two cashier's checks made out to Smart Logistics LLC in the amounts of $178,500 and $76,800. Ogisi then engaged in multiple transactions in furtherance of the conspiracy involving these funds, including:

- Depositing the $178,500 cashier's check into a Smart Logistics LLC account at Wells Fargo he controlled ("WF 7640");

- Wiring $50,000 of the $178,500 from the Wells Fargo account to a Chinese company;

- Withdrawing $70,000 of the $178,500 in cash;

- Depositing the $76,800 cashier's check into a Smart Logistics LLC account at Bank of America he controlled ("BOA 5930");

- Making cash withdrawals in amounts of $40,000, $15,000, and $14,000 of the $76,800;

- Transferring $3,000 and $2,000 via CashApp to co-conspirators.

**Victim Medical Center Fraud**

In July and August 2022, the Victim Medical Center was deceived into sending wires of $134,280.27 and $933,611.03 to a PNC account ending in 5999 ("PNC 5999"). The Victim Medical Center thought it was paying a contractor in connection with construction of a $80+ million new section of its hospital. Representatives of the victim received emails from a look-a-like email address that asked the victim to wire funds to a new bank account. Instead, the funds

went into FB Morgan's PNC 5999. Boiro made multiple transfers to layer the funds through another Shell Entity, and that Shell Entity issued two checks to Smart Logistics LLC in the amounts of $152,300 and $156,990.

Ogisi deposited the check for $152,300 into a Smart Logistics LLC bank account at Truist ("Truist 6005") on August 15, 2022. He used those funds to engage in multiple financial transactions in furtherance of the conspiracy, including:

- Sending a $100,000 wire on August 24, 2022, and a $30,000 wire on August 25, 2022, to a Chinese company;

- Making structured cash withdrawals in the amounts of $9,500 on August 24 and 25, 2022.

Ogisi deposited the check for $156,990 into BOA 5930 on August 15, 2022. He used those funds to engage in multiple financial transactions in furtherance of the conspiracy, including:

- Sending a $100,000 wire to a Chinese company;

- Sending a $80,000 wire to a different Chinese company;

- Transferring $5,000 via CashApp to a co-conspirator.

**Victim FL Fraud**

On or about June 27, 2022, Victim FL's representative/agent was seeking to send money to a borrower in connection with a loan. Victim FL was deceived, by "updated" wiring instructions sent from a look-alike email address, into sending $410,189,56 to a Capital One bank account ending in 1181 ("CO 1181"), which a co-conspirator controlled. From the fraud funds in CO 1181, Ogisi received a check in the amount of $266,500 made out to Smart Logistics.

On or about June 28, 2022, Ogisi deposited the check into a Citibank account ending in 0135 ("Citi 0135"), which was registered to Smart Logistics. Ogisi then withdrew over $60,000 in cash in various transactions, and he also layered the funds into other Smart Logistics accounts as part of the money laundering conspiracy. For example, he used funds from Citi 0135 to purchase a cashier's check payable to Smart Logistics in the amount of $60,000. The use of the cashier's check made it more difficult for law enforcement and banks to follow the fraud funds. Ogisi then deposited the $60,000 check into BOA 5930.

Ogisi also used funds from Citi 0135 to purchase a cashier's check payable to Smart Logistics in the amount of $38,500, which Ogisi deposited into PNC 3776, which was registered in the name of Smart Logistics and on which Ogisi was the only signatory. Ogisi then made multiple cash withdrawals from PNC 3776, and he also made multiple CashApp transfers totaling $5,000 to a co-conspirator.

**State of Michigan Fraud**

In July and August 2022, the State of Michigan sent three wires totaling $3,552,785.90[1] to a J.P. Morgan Chase account ending in 7810 ("JPMC 7810"). The State of Michigan was deceived into sending health care payments to JPMC 7810 by fraudsters who sent fraudulent wiring instructions. Using funds in JPMC 7810, a check for $487,567.10 was made payable to Ogisi's Smart Logistics LLC and deposited into PNC 3776. Another JPMC 7810 check for $501,200.16 was deposited into Ogisi's Smart Logistics account WF 7640. Both checks were deposited on August 1, 2022, and Wells Fargo froze the Smart Logistics account on August 3, 2022. Wells Fargo then closed WF 7640.

**Victim Delaware River and Bay Authority Fraud**

In October 2022, the DRBA received an email from a spoofed email address that caused the DRBA to issue payments to fraudsters' accounts instead of its legitimate vendors. On October 21, 2022, DRBA wired a payment of over $3.3 million to an LLC's bank account at PNC Bank ending in 2977 ("PNC 2977"), which was controlled by a co-conspirator. That same day, Ogisi received two cashier's checks drawn on PNC 2977 and made out to Smart Logistics LLC: one for $649,867.59 and the other for $520,400.

On or about October 21, 2022, Ogisi deposited the $649,867.59 into BOA 5930, and he deposited the $520,400 into Truist 6005, a Smart Logistics account Ogisi controlled. The rapid transfer of funds between accounts was intended to conceal the nature, source, and origin of the fraud funds.

**Victim CCP LLC**

In October 2022, Victim CCP was deceived into sending a wire transfer of $824,609.48 to a Capital One Account ending in 1160 ("CO 1160"), which was controlled by a relative of Gnora instead of the intended construction company doing work for Victim CCP LLC.

After the funds flowed into CO 1160, the fraud proceeds were transferred by checks to two other accounts, one at Wells Fargo and the other at PNC Bank. Ogisi received a cashier's check drawn on the Wells Fargo account in the amount of $176,850 in fraud proceeds. On or about November 7, 2022, Ogisi deposited the $176,850 cashier's check into his Smart Logistics TD Bank account ending in 7374 ("TD 7374"). Video surveillance from TD Bank showed Ogisi at the teller window handing the teller the cashier's check.

Ogisi also received a cashier's check drawn on the PNC Bank account in the amount of $82,000 in fraud proceeds, which he deposited into TD 7374 on November 8, 2022. Again, Ogisi was captured on video making the deposit. The next day, November 9, 2022, Ogisi obtained a cashier's check made payable to "Martin Ogisi," in the amount of $65,000, and made a cash withdrawal of $9,000 from TD 7374.

---

[1] The actual wire amounts were as follows: $3,362,661.87 on July 28, 2022; $2,265 on July 29, 2022; and $187,859.03 on August 5, 2022.

Overall, Ogisi stipulates that pursuant to his role in the money laundering conspiracy, at least $3.3 million in fraud proceeds was laundered and that Ogisi obtained a portion of the fraud funds he personally laundered in return for engaging in the money laundering conspiracy.

I have reviewed the Factual and Advisory Guidelines Stipulation with my attorney, and I do not wish to change any part of it. I understand it, and I voluntarily agree to it. I am completely satisfied with the representation of my attorney.

5/8/25
Date

Martin Ogisi

I am the Defendant's attorney. I have carefully reviewed this Factual Stipulation with the Defendant. The Defendant advises me that the Defendant understands it. To my knowledge, the Defendant's decision to enter into this Factual Stipulation is an informed and voluntary one.

5/8/25
Date

Christopher Madiou, Esq.

So Stipulated:

Kelly O. Hayes
United States Attorney

Harry M. Gruber
Harry M. Gruber
Bijon A. Mostoufi
Jared M. Beim
Assistant United States Attorneys

6